IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONALD TROY AGEE, | ) |
| Petitioner, | ) |
| | ) NO. 3:03-0884 |
| | ) JUDGE HAYNES |
| ROBERT WALLER, Warden, | ) |
| Respondent. | ) |

## O R D E R

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss and motion for judgment as a matter of law (Docket Entry No. 27) is **GRANTED** and the Petitioner's petition is **DISMISSED**.

Petitioner is given ten (10) days to file a statement of any claim on appeal and state the grounds for a Certificate of Appealability. 28 U.S.C. 2253(c)(1) and (2).

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 3rd day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge